**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDRE ROMEIRO CUSTODIO,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-5562** |
| | : | |
| **J.L. JAMISON,** *et al.*, | : | |
| **Respondents.** | : | |
| | : | |

# **O R D E R**

"Undocumented immigrant" Andre Romeiro Custodio petitioned for habeas relief, urging that his DHS detention violates the Immigration and Nationality Act, the Administrative Procedures Act, and the Due Process Clause.  (Doc. No. 1); see 8 U.S.C. § 2241.  After the Government answered, Custodio filed a Notice of Voluntary Dismissal "[p]ursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Local Rule 41.1(b)."  (Doc. Nos. 3, 4.)

Under Rule 41(a)(1)(A)(i), Custodio "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves . . . an answer."  Fed. R. Civ. P. 41(a)(1)(A)(i).  Because the Government already answered Custodio's Petition, the "action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).  In these circumstances, I will dismiss Custodio's Petition and close this case.

\*          \*          \*

**AND NOW**, this 14th day of August, 2026, upon consideration of Romeiro Custodio's Petition (Doc. No. 1), the Government's Response (Doc. No. 3), and Romeiro Custodio's Notice of Voluntary Dismissal (Doc. No. 4), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **DISMISSED without prejudice**.  The Clerk of Court **SHALL** close this case.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.

2